# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ANTHONY LYNN JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 7:22-cv-00941-RDP-SGC |
| **TODD HALL,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION AND ORDER

On November 15, 2022, the Magistrate Judge entered a Report and Recommendation recommending the court dismiss this action, filed by plaintiff Anthony Lynn Johnson, pursuant to the three strikes provision of 28 U.S.C. § 1915(g). (Doc. 14). Johnson objected to the Report and Recommendation, stating he did not understand he was required to pay the filing fee at the time he initiated this lawsuit and requesting 90 days to pay the fee.[1] (Doc. 15). However, as the Eleventh Circuit has held, when a prisoner with "three strikes" files a complaint without paying the filing fee, the district court should dismiss the complaint without prejudice. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002). "The prisoner cannot simply pay the filing fee after being denied *in forma pauperis* status. He must pay the filing fee at the time he *initiates* the suit." *Id.* The only exception to this rule arises when "the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

---

[1] Johnson has filed two other documents since the entry of the Report and Recommendation. First, Johnson requests this court appoint counsel to represent him (Doc. 16). Second, Johnson alleges that officials at the Walker County Jail and Talladega County Jail conspired to purposely confiscate his property, including all papers relating to this lawsuit. (Doc. 17). He requests the court investigate his assertions and send him a new form for § 1983 actions. Because this action is due to be dismissed for Johnson's failure to pay the filing fee, these issues are moot. The court will, however, instruct the Clerk to send Johnson a new § 1983 form complaint.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, Johnson's objection is **OVERRULED**. (Doc. 15). The court **ADOPTS** the Magistrate Judge's Report and **ACCEPTS** the Recommendation. (Doc. 14). Consistent with that recommendation, Johnson's application to proceed *in forma pauperis* is **DENIED** (Doc. 2), and this action is due to be dismissed without prejudice under 28 U.S.C. § 1915(g). Johnson's requests for appointment of counsel and an investigation into the alleged confiscation of his personal property (Docs. 16, 17) are **DENIED** as **MOOT**.

A separate order will be entered.

**DONE** and **ORDERED** this December 9, 2022.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE